UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARVIN LIDDELL LOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:03CV1844 RWS |
| | ) |
| THOMAS D. SANDERS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On June 23, 2005, Plaintiff Marvin Lott filed another motion to appoint counsel. Nothing in Lott's motion leads me to conclude that the appointment of counsel is warranted.

In addition, Lott has filed his last two motions with this Court on toilet paper. Eastern District of Missouri Local Rule 2.01 requires that motions are to be filed on eight and one-half inch by eleven inch paper. The Court will not accept any further motions or other information from Lott written on toilet paper. In the future, if Lott wants to file a document with the Court on something other than eight and one-half inch by eleven inch paper he must first seek leave from the Court.

Finally, Lott has repeatedly failed to send copies of his motions to opposing counsel. It is Lott's responsibility to do so. Federal Rule of Civil Procedure 5(d) requires a party to file a certificate of service stating that copies of a filing were sent to the opposing party by the filer. It is not the Court's responsibility to forward Lott's documents to opposing counsel. If Lott fails to send copies to opposing counsel in the future his filing will not be docketed and it will be returned to Lott.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff Marvin Lott's motion for the appointment counsel [#99] is **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of July, 2005.