UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARVIN LIDDELL LOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:03CV1844 RWS |
| | ) |
| THOMAS D. SANDERS, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants are granted summary judgment in this matter.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 31st day of March, 2006.